United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **East Pattern & Model Corp.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-0916004** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **769 Trabold Rd.** <br> **Rochester, NY 14624** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monroe** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)      **http://www.eastpattern.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 2-18-21309-PRW    Doc 1    Filed 12/19/18    Entered 12/19/18 09:00:02,
Description: Main Document , Page 1 of 21

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3261

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .    *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50  million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [x] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50  million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [x] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 18, 2018**
                          MM / DD / YYYY

**X** /s/ John DeTitta                                    John DeTitta
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X** /s/ Mike Krueger, Esq.                    Date **December 18, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Mike Krueger, Esq.**
Printed name

**Dibble & Miller, P.C.**
Firm name

**55 Canterbury Rd.**
**Rochester, NY 14607**
Number, Street, City, State & ZIP Code

Contact phone   **585-271-1500**      Email address   **mjk@dibblelaw.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **East Pattern & Model Corp.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2018**     X **/s/ John DeTitta**
                                      Signature of individual signing on behalf of debtor

                                       **John DeTitta**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **East Pattern & Model Corp.** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Payrroll 2144 W Henrietta Rd Rochester, NY 14623 | | **Payroll services** | | | | $790.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | **Business Debt** | | | | $26,210.00 |
| Carbide 7211 Haven Ave Ste E #611 Rancho Cucamonga, CA 91701 | | **Business Debt** | | | | $718.00 |
| D.B. Roberts, Inc. 58 Jonspin Road Wilmington, MA 01887 | | **Business Debt** | | | | $1,528.00 |
| Lawson Products Inc 8770 Est Bryn Mawr Ave. Suite 900 Chicago, IL 60631 | | **Business Debt** | | | | $3,148.00 |
| MS Equipment 3498 Union St North Chili, NY 14514 | | **Business Debt** | | | | $5,407.00 |
| Paychex 911 Panorama Trail S. Rochester, NY 14625 | | **Payroll services** | | | | $19,000.00 |
| People Ready 1015 A St Tacoma, WA 98402 | | **Business Debt** | | | | $12,138.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **RDA Container Corporation 70 Cherry Rd. Rochester, NY 14624** | | **Business Debt** | | | | **$14,614.00** |
| **RG&E 89 East Ave. Rochester, NY 14604** | | **Utilities** | | | | **$60,000.00** |
| **Sherwin Williams 101 West Prospect Avenue Cleveland, OH 44115** | | **Business Debt** | | | | **$14,683.00** |
| **Shred-It 81 Walsh Dr. Parsippany, NJ 07054** | | **Business Debt** | | | | **$480.00** |
| **Sturdell Industries, Inc. PO Box 6349 Carol Stream, IL 60197** | | **Business Debt** | | | | **$2,064.00** |
| **UniFirst 68 Jonspin Rd. Wilmington, MA 01887** | | **Business Debt** | | | | **$3,159.00** |
| **Yaro Properties 105 McLaughlin Rd. Rochester, NY 14615** | | **Location lease arrears** | | | | **$110,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   IRS**
Creditor's Name

**P. O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. JP Morgan Chase Bank, N.A.**
**2. NYS Department of Taxation & Finance**
**3. IRS**
**4. NYS Department of Labor**

**Describe debtor's property that is subject to a lien**
**All property**

**Describe the lien**
**Tax Liens**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$168,767.00**

---

**2.2   JP Morgan Chase Bank, N.A.**
Creditor's Name

**PO Box 33035**
**Beaver Dam, KY 42320**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1993**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$84,000.00**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.3 | **NYS Department of Labor** | Describe debtor's property that is subject to a lien | $3,505.00 |
|---|---|---|---|

Creditor's Name

**Building 12
W.A. Harriman Campus
Albany, NY 12240**
Creditor's mailing address

**All property**

Describe the lien
**Warrant**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☑ No

**Date debt was incurred
2017-2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.4 | **NYS Department of Taxation & Finance** | Describe debtor's property that is subject to a lien | $25,518.00 |
|---|---|---|---|

Creditor's Name

**PO Box 5300
Albany, NY 12205-0300**
Creditor's mailing address

**All property**

Describe the lien
**Warrant**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☑ No

**Date debt was incurred
2017-2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $281,790.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **East Pattern & Model Corp.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790.00** |
| | **ADP Payrroll**<br>**2144 W Henrietta Rd**<br>**Rochester, NY 14623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Payroll services** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,210.00** |
| | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$718.00** |
| | **Carbide**<br>**7211 Haven Ave**<br>**Ste E #611**<br>**Rancho Cucamonga, CA 91701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,528.00** |
| | **D.B. Roberts, Inc.**<br>**58 Jonspin Road**<br>**Wilmington, MA 01887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 2-18-21309-PRW,  Doc 1,  Filed 12/19/18,  Entered 12/19/18 09:00:02,
Description: Main Document , Page 10 of 21

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,148.00** |
|---|---|---|---|

**Lawson Products Inc**
**8770 Est Bryn Mawr Ave.**
**Suite 900**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,407.00** |
|---|---|---|---|

**MS Equipment**
**3498 Union St**
**North Chili, NY 14514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |
|---|---|---|---|

**Paychex**
**911 Panorama Trail S.**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Payroll services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,138.00** |
|---|---|---|---|

**People Ready**
**1015 A St**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,614.00** |
|---|---|---|---|

**RDA Container Corporation**
**70 Cherry Rd.**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**RG&E**
**89 East Ave.**
**Rochester, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,683.00** |
|---|---|---|---|

**Sherwin Williams**
**101 West Prospect Avenue**
**Cleveland, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2-18-21309-PRW,    Doc 1,    Filed 12/19/18,    Entered 12/19/18 09:00:02,
Description: Main Document  , Page 11 of 21

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**Shred-It**
81 Walsh Dr.
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spirol International Corporation**
30 Rock Avenue
Danielson, CT 06239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Listed for Notice**☐

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,064.00 |
|---|---|---|---|

**Sturdell Industries, Inc.**
PO Box 6349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,159.00 |
|---|---|---|---|

**UniFirst**
68 Jonspin Rd.
Wilmington, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Yaro Properties**
105 McLaughlin Rd.
Rochester, NY 14615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Location lease arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen Miller and Greene**<br>10101 Fondren Rd Suite 535<br>Houston, TX 77096 | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **AMS Collections**<br>PO Box 540<br>Fair Lawn, NJ 07410 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Brennan and Clark**<br>**721 East Madison Street**<br>**Suite 200**<br>**Villa Park, IL 60181** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Dehaan And Bach**<br>**PO Box 929**<br>**Milford, OH 45150** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Lyon Collection Service**<br>**7924 West Sahara Avenue**<br>**Las Vegas, NV 89117** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Pullano & Farrow**<br>**Katerina M. Kramarchyk, Esq.**<br>**69 Cascade Dr.**<br>**Suite 307**<br>**Rochester, NY 14614** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Relin, Goldstein & Crane, LLP**<br>**Suite 1800**<br>**28 East Main St.**<br>**Rochester, NY 14614** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Richard T Avisw, Esq.**<br>**PO Box 31579**<br>**Chicago, IL 60631** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **UCC Collections**<br>**4455 Genesee St Suite 116**<br>**Buffalo, NY 14225** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 273,939.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 273,939.00 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Location lease** | |
| State the term remaining    **9 years** | **Yaro Properties** |
| List the contract number of any government contract   _____ | **105 McLaughlin Rd.**<br>**Rochester, NY 14615** |

# United States Bankruptcy Court
## Western District of New York

In re    **East Pattern & Model Corp.**          Case No. _____

                   Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

         For legal services, I have agreed to accept .........................................   $   **Hourly rates plus costs & disbursements**

         Prior to the filing of this statement I have received ..........................   $   **10,000.00**

         Balance Due .......................................................................................   $   **Subject to Court Approval**

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **Prosecute Chapter 11 on an hourly fee basis. $260 attorney; $180 paralegal.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 18, 2018**               **/s/ Mike Krueger, Esq.**
*Date*                              **Mike Krueger, Esq.**
                                   *Signature of Attorney*
                                   **Dibble & Miller, P.C.**
                                   **55 Canterbury Rd.**
                                   **Rochester, NY 14607**
                                   **585-271-1500   Fax: 585-271-0118**
                                   **mjk@dibblelaw.com**
                                   *Name of law firm*

# United States Bankruptcy Court
## Western District of New York

In re    **East Pattern & Model Corp.**        Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EPM, LLC**<br>**(John DeTitta is sole member of the LLC)** | **100%** | **100%** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 18, 2018**          Signature   **/s/ John DeTitta**

                                                       **John DeTitta**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re    **East Pattern & Model Corp.**                 Case No.

                                   Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 18, 2018**                    **/s/ John DeTitta**

                                               **John DeTitta**/**President**
Signer/Title

ADP Payrroll
2144 W Henrietta Rd
Rochester, NY 14623


Allen Miller and Greene
10101 Fondren Rd Suite 535
Houston, TX 77096


AMS Collections
PO Box 540
Fair Lawn, NJ 07410


Brennan and Clark
721 East Madison Street
Suite 200
Villa Park, IL 60181


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Carbide
7211 Haven Ave
 Ste E #611
Rancho Cucamonga, CA 91701


D.B. Roberts, Inc.
58 Jonspin Road
Wilmington, MA 01887


Dehaan And Bach
PO Box 929
Milford, OH 45150


IRS
P. O. Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank, N.A.
PO Box 33035
Beaver Dam, KY 42320

Lawson Products Inc
8770 Est Bryn Mawr Ave.
Suite 900
Chicago, IL 60631


Lyon Collection Service
7924 West Sahara Avenue
Las Vegas, NV 89117


MS Equipment
3498 Union St
North Chili, NY 14514


NYS Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240


NYS Department of Taxation & Finance
PO Box 5300
Albany, NY 12205-0300


Paychex
911 Panorama Trail S.
Rochester, NY 14625


People Ready
1015 A St
Tacoma, WA 98402


Pullano & Farrow
Katerina M. Kramarchyk, Esq.
69 Cascade Dr.
Suite 307
Rochester, NY 14614


RDA Container Corporation
70 Cherry Rd.
Rochester, NY 14624


Relin, Goldstein & Crane, LLP
Suite 1800
28 East Main St.
Rochester, NY 14614

RG&E
89 East Ave.
Rochester, NY 14604


Richard T Avisw, Esq.
PO Box 31579
Chicago, IL 60631


Sherwin Williams
101 West Prospect Avenue
Cleveland, OH 44115


Shred-It
81 Walsh Dr.
Parsippany, NJ 07054


Spirol International Corporation
30 Rock Avenue
Danielson, CT 06239


Sturdell Industries, Inc.
PO Box 6349
Carol Stream, IL 60197


UCC Collections
4455 Genesee St Suite 116
Buffalo, NY 14225


UniFirst
68 Jonspin Rd.
Wilmington, MA 01887


Yaro Properties
105 McLaughlin Rd.
Rochester, NY 14615

# United States Bankruptcy Court
## Western District of New York

In re  **East Pattern & Model Corp.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __East Pattern & Model Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EPM, LLC**
**(John DeTitta is sole member of the LLC)**

☐ None [*Check if applicable*]

**December 18, 2018**

Date

**/s/ Mike Krueger, Esq.**

**Mike Krueger, Esq.**

Signature of Attorney or Litigant
Counsel for  **East Pattern & Model Corp.**

**Dibble & Miller, P.C.**

**55 Canterbury Rd.**
**Rochester, NY 14607**
**585-271-1500 Fax:585-271-0118**
**mjk@dibblelaw.com**