# East Pattern & Model Corporation
## Balance Sheet
### As of October 31, 2018

|  | Oct 31, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1000-01 · Petty Cash | 301.56 |
|       1020-00 · Bank of America (Business Checking Account) | 29,386.05 |
|       1050-00 · Cash Clearing (Used for clearing payments by money order to vendors) | 800.00 |
|     **Total Checking/Savings** | 30,487.61 |
|     **Accounts Receivable** | |
|       1100-01 · Accounts Receivable | 195,935.86 |
|     **Total Accounts Receivable** | 195,935.86 |
|     **Other Current Assets** | |
|       1200-01 · Inventory - Raw Materials | 23,180.00 |
|       1210-01 · Inventory Asset | 82,653.98 |
|       1450-01 · Deferred Tax Asset - Curr | 2,200.00 |
|       1920-01 · Deferred Tax Asset  Long T | 219,983.00 |
|       1925-01 · Deferred Tax Asset - Allow | -200,000.00 |
|     **Total Other Current Assets** | 128,016.98 |
|   **Total Current Assets** | 354,440.45 |
|   **Fixed Assets** | |
|     **1500-01 · Fixed Assets** | |
|       1510-01 · Machinery & Equipment | 2,156,319.00 |
|       1520-01 · Office Furniture & Equipment | 195,545.73 |
|       1530-01 · Leasehold Improvements | 131,664.00 |
|       1500-01 · Fixed Assets - Other | 6,752.89 |
|     **Total 1500-01 · Fixed Assets** | 2,490,281.62 |
|     1700-01 · Accumulated Depreciation | -2,435,422.98 |
|   **Total Fixed Assets** | 54,858.64 |
|   **Other Assets** | |
|     1950-01 · Trabold Road Security Deposit | 10,733.33 |
|   **Total Other Assets** | 10,733.33 |
| **TOTAL ASSETS** | 420,032.42 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2000-01 · Accounts Payable | 180,238.74 |

# East Pattern & Model Corporation
## Balance Sheet
### As of October 31, 2018

|  | Oct 31, 18 |
|---|---:|
| **Total Accounts Payable** | 180,238.74 |
| **Other Current Liabilities** | |
| Family Leave Act Withheld | 186.78 |
| 2390-01 · NYS Disability & PFL | 1,149.83 |
| 2480-01 · Accrued NYS Franch. Tax | 1,536.00 |
| 2500-01 · Notes Payable - A. M. Garrison | 215,351.34 |
| 2501-01 · 2017 Payroll Liabilities | 154,001.44 |
| 2502-01 · 2018 Payroll Liabilities | 63,502.58 |
| 2588-01 · Chase Bus O/D LOC #8928 | 15,670.48 |
| **Total Other Current Liabilities** | 451,398.45 |
| **Total Current Liabilities** | 631,637.19 |
| **Long Term Liabilities** | |
| 2586-01 · Chase Bus Cr Line #8001 | 62,571.77 |
| **Total Long Term Liabilities** | 62,571.77 |
| **Total Liabilities** | 694,208.96 |
| **Equity** | |
| 3000-01 · Opening Balance Equity | -195,171.16 |
| 3110-01 · Common Stock | 6,401.72 |
| 3210-01 · Treasury Shares, At Cost | -897,505.00 |
| 3310-01 · Shareholder Contribution / Draw | 334,825.19 |
| 3990-01 · Retained Earnings | 478,617.67 |
| Net Income | -1,344.96 |
| **Total Equity** | -274,176.54 |
| **TOTAL LIABILITIES & EQUITY** | 420,032.42 |